# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
 §
MILLER-CRICHTON, PATRICIA A § Case No. 11-43694
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/31/2012 in Courtroom 201,

United States Courthouse
57 North Ottawa Street
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/25/2012    By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MILLER-CRICHTON, PATRICIA A § Case No. 11-43694
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 105,000.00 |
| and approved disbursements of | $ | 27,255.42 |
| leaving a balance on hand of[1] | $ | 77,744.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 6,411.27 | $ 0.00 | $ 6,411.27 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 20.05 | $ 0.00 | $ 20.05 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,431.32 |
| Remaining Balance | $ 71,313.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,489.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Midland Credit Manangement, Inc. | $ 5,578.47 | $ 0.00 | $ 5,578.47 |
| 000002 | Chase Bank USA, N.A. | $ 3,714.48 | $ 0.00 | $ 3,714.48 |
| 000003 | FIA CARD SERVICES, N.A. | $ 24,816.76 | $ 0.00 | $ 24,816.76 |
| 000004 | U.S. Bank, N.A. | $ 10,333.47 | $ 0.00 | $ 10,333.47 |
| 000005 | U.S. Bank, N.A. | $ 46.00 | $ 0.00 | $ 46.00 |

Total to be paid to timely general unsecured creditors       $       44,489.18

Remaining Balance       $       26,824.08

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 49.44 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 26,774.64 .

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                          Case No. 11-43694-BWB
Patricia A Miller-Crichton                                      Chapter 7
        Debtor
                                CERTIFICATE OF NOTICE
District/off: 0752-1          User: tmaurer              Page 1 of 2                  Date Rcvd: Jul 26, 2012
                              Form ID: pdf006            Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2012.
db           +Patricia A Miller-Crichton,    1500 Pioneer Rd,    Unit 103,    Crest Hill, IL 60403-3356
17980729     +Chase,   P.o. Box 15298,    Wilmington, DE 19850-5298
18285491      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17980730     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,    Po Box 20507,
               Kansas City, MO 64195-0507
18327785      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17980732     +Financial Asset Management Systems,    PO Box 451409,    Atlanta, GA 31145-9409
17980731      Financial Asset Management Systems,    PO Box 451109,    Atlanta, GA 31145-9109
17980733     +June, Prodehl, Renzi & Lynch LLC,    1861 Black Rd.,    Joliet, IL 60435-3597
17980734     +Machol & Johannes,    600 Seventeenth St,    Suite 800 North Tower,    Denver, CO 80202-5402
17980735     +Macol & Johnson LLC,    717 Seventeenth St.,    Suite 2300,    Denver, CO 80202-3317
17980737      Stellar Rec,    1845 Us Hwy 93 Sou,    Kalispell, MT 59901
18407606     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank, N.A.,    P.O. Box 5229,    Cincinnati, Ohio 45201-5229)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17980727     +E-mail/Text: hld@arthuradler.com Jul 27 2012 03:30:15     Adler & Associates,
               25 E Washington St,    Suite 500,    Chicago, IL 60602-1703
17980736     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2012 02:45:11     Midland Credit Management,
               Po Box 939019,    San Diego, CA 92193-9019
18282502     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 27 2012 02:45:11     Midland Credit Manangement, Inc.,
               8875 Aero Drive, Suite 200,    San Diego CA 92123-2255
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17980738*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 790084,    Saint Louis, MO 63179)
17980728    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                    TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: tmaurer              Page 2 of 2                   Date Rcvd: Jul 26, 2012
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 25, 2012 at the address(es) listed below:
    Andrew K. Weiss  on behalf of Debtor Patricia Miller-Crichton NDILnotices@maceybankruptcylaw.com,
     AWeiss@maceybankruptcylaw.com;CourtNotice@maceybankruptcylaw.com
    Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov
    Peter N Metrou  met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
     pmetrou@ecf.epiqsystems.com
                                      TOTAL: 3