UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
MILLER-CRICHTON, PATRICIA A  §    Case No. 11-43694
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Peter N. Metrou, Trustee_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Patricia A. MIller-Crichton | | | |
| PATRICIA A MILLER-CRICHTON | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| Closing Costs | | | | | |
| COUNTY TAXES | | | | | |
| CHALLY, DAVID | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adler & Associates 25 E Washington St Suite 500 Chicago, IL 60602 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Financial Asset Management Systems PO Box 451109 Atlanta, GA 31145-9109 | | | | | |
| | June, Prodehl, Renzi & Lynch LLC 1861 Black Rd. Joliet, IL 60435 | | | | | |
| | Macol & Johnson LLC 717 Seventeenth St. Suite 2300 Denver, CO 80202 | | | | | |
| | Stellar Rec 1845 Us Hwy 93 Sou Kalispell, MT 59901 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000001 | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| 000004 | U.S. BANK, N.A. | | | | | |
| 000005 | U.S. BANK, N.A. | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | MIDLAND CREDIT MANANGEMENT, INC. | | | | | |
| | U.S. BANK, N.A. | | | | | |
| | U.S. BANK, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: 11-43694 BWB Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: MILLER-CRICHTON, PATRICIA A | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | 341(a) Meeting Date: | 11/21/11 |
| For Period Ending: 11/13/12 | Claims Bar Date: | 02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 1100 N. Fredrick 60435, V | 120,385.00 | Unknown | | 105,000.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Checking account with First Midwest Bank | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Miscellaneous used household goods | 900.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Personal used clothing | 300.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Anticipated tax refund | Unknown | Unknown | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. 2004 Nissan Maxima with 150,000 miles | 5,070.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $126,855.00 | $0.00 | | $105,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/12   Current Projected Date of Final Report (TFR): 12/01/12

LFORM1   Ver: 17.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-43694 -BWB |
| Case Name: | MILLER-CRICHTON, PATRICIA A |
| Taxpayer ID No: | *******4013 |
| For Period Ending: | 11/13/12 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******7003 Money Market Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/15/12 | | First American Title Insurance Co. 167 N. Ottawa Street, Suite 102 Joliet, IL 60432 | Proceeds from sale of real estate | | 77,744.58 | | 77,744.58 |
| | | CHALLY, DAVID | Memo Amount: ( 5,250.00 ) Broker Commission | 3510-000 | | | |
| | | COUNTY TAXES | Memo Amount: ( 6,142.42 ) Real Estate Taxes | 2820-000 | | | |
| | | MILLER-CRICHTON, PATRICIA A. | Memo Amount: ( 15,000.00 ) Debtor Homestead Exemption | 8100-000 | | | |
| | 1 | 1100 FREDERICK ST., JOLIET, IL 6043 | Memo Amount: 105,000.00 Real Estate Sale | 1110-000 | | | |
| | | | Memo Amount: ( 863.00 ) Closing Costs | 2500-000 | | | |
| 09/25/12 | 000101 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 6,431.32 | 71,313.26 |
| | | | Fees 6,411.27 | 2100-000 | | | |
| | | | Expenses 20.05 | 2200-000 | | | |
| 09/25/12 | 000102 | Midland Credit Manangement, Inc. 8875 Aero Drive, Suite 200 San Diego CA 92123 | Claim 000001, Payment 100.11114% | | | 5,584.67 | 65,728.59 |
| | | | Claim 5,578.47 | 7100-000 | | | |
| | | | Interest 6.20 | 7990-000 | | | |
| 09/25/12 | 000103 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000002, Payment 100.11119% | | | 3,718.61 | 62,009.98 |
| | | | Claim 3,714.48 | 7100-000 | | | |

Page Subtotals 77,744.58 15,734.60

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-43694 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | MILLER-CRICHTON, PATRICIA A | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7003  Money Market Account |
| Taxpayer ID No: | *******4013 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $        0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | Interest        4.13 | 7990-000 | | | |
| 09/25/12 | 000104 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 100.11113% | | | 24,844.34 | 37,165.64 |
| | | | Claim       24,816.76 | 7100-000 | | | |
| | | | Interest        27.58 | 7990-000 | | | |
| 09/25/12 | 000105 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 | Claim 000004, Payment 100.11110% | | | 10,344.95 | 26,820.69 |
| | | | Claim       10,333.47 | 7100-000 | | | |
| | | | Interest        11.48 | 7990-000 | | | |
| 09/25/12 | 000106 | U.S. Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, Ohio 45201-5229 | Claim 000005, Payment 100.10870% | | | 46.05 | 26,774.64 |
| | | | Claim          46.00 | 7100-000 | | | |
| | | | Interest         0.05 | 7990-000 | | | |
| 09/25/12 | 000107 | PATRICIA A MILLER-CRICHTON<br>1100 N. FREDRICK ST.<br>JOLIET, IL  60435 | Surplus Funds | 8200-002 | | 26,774.64 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 105,000.00 | COLUMN TOTALS | 77,744.58 | 77,744.58 | 0.00 |
| Memo Allocation Disbursements: | 27,255.42 | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 77,744.58 | 77,744.58 | |
| Memo Allocation Net: | 77,744.58 | Less:  Payments to Debtors | | 26,774.64 | |
| | | Net | 77,744.58 | 50,969.94 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 105,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 27,255.42 | Money Market Account - *******7003 | 77,744.58 | 50,969.94 | 0.00 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 77,744.58 | | 77,744.58 | 50,969.94 | 0.00 |
| | | Page Subtotals | 0.00 | 62,009.98 | |

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-43694 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | MILLER-CRICHTON, PATRICIA A | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7003 Money Market Account |
| Taxpayer ID No: | *******4013 | | |
| For Period Ending: | 11/13/12 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 17.00b